UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                v.                                        Miscellaneous Case No. 11-mc-29-JL

<u>Fiona J. McDonnell</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 29, 2011, no objection having been filed.

The taxpayer, Fiona J. McDonnell, is ordered to obey the summons and appear on November 17, 2011, at 9:00 a.m., at the IRS office located at 410 Amherst Street, Suite 350, Nashua, New Hampshire, before Revenue Officer Stan Smith (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in her possession or control required and called for by the terms of the summons of March 25, 2011.

It is further ordered that the government be awarded its costs.

SO ORDERED.

October  18,  2011                                    <u>/s/ Joseph N. Laplante</u>
                                                                          Joseph N. Laplante
                                                                          United States District Judge

cc:     T. David Plourde, AUSA
          Fiona J. McDonnell